**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ARMANDO AGUILAR-ZUNIGA, a.k.a. Armando Aguilar, a.k.a. Pedro Gonzalez-Martinez, | No. 12-71565 |
| Petitioner, | Agency No. A095-795-951 |
| v. | MEMORANDUM[*] |
| ERIC H. HOLDER, Jr., Attorney General, | |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted September 24, 2013[**]

Before: RAWLINSON, N.R. SMITH, and CHRISTEN, Circuit Judges.

Armando Aguilar-Zuniga, a native and citizen of Mexico, petitions for

review of the Board of Immigration Appeals' order dismissing his appeal from an

immigration judge's denial of his application for cancellation of removal. Our

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

jurisdiction is governed by 8 U.S.C. § 1252. We review de novo claims of due process violations. *Martinez-Rosas v. Gonzales,* 424 F.3d 926, 930 (9th Cir. 2005). We dismiss in part and deny in part the petition for review.

We lack jurisdiction to review the agency's discretionary determination that Aguilar-Zuniga failed to show exceptional and extremely unusual hardship to his qualifying relatives. *See id*.

We reject Aguilar-Zuniga's contention that the agency's decision violated his children's due process rights. *See Urbano de Malaluan v. INS,* 577 F.2d 589, 594 (9th Cir. 1978); *see also Morales-Izquierdo v. DHS*, 600 F.3d 1076, 1091 (9th Cir. 2010) (holding that "lawfully denying [the alien parent immigration relief] does not violate any of his or his family's substantive rights protected by the Due Process Clause").

**PETITION FOR REVIEW DISMISSED in part; DENIED in part.**